JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. Bank, National Association,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>Javier Murillo,<br><br>　　　　Defendant. | CASE NO. CV 12-02604-MMM(CWx)<br><br>ORDER OF DISMISSAL FOR LACK OF PROSECUTION WITHOUT PREJUDICE<br><br>(Pursuant to Local Rule 41) |

　　On April 6, 2012, the Court issued an Order to Show Cause why this case should not be dismissed for lack of prosecution.

　　A written response to the Order to Show Cause was ordered to be filed no later than <u>April 18, 2012</u>.

　　No response having been filed to the Court's Order to Show Cause,

　　IT IS ORDERED AND ADJUDGED that the above-entitled case is dismissed, without prejudice, for lack of prosecution and for failure to comply with the orders of the Court, pursuant to Local Rule 41.

Dated: April 19, 2012

　　　　　　　　　　　　　　　　　*Margaret M. Morrow*
　　　　　　　　　　　　　　　　　MARGARET M. MORROW
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE